```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| MARLA WERNICKI-STEVENS, | : | CIVIL ACTION |
| | : | NO. 08-1328 |
|     Plaintiff, | : | |
| | : | |
|     v. | : | |
| | : | |
| RELIANCE STANDARD LIFE INS. CO., | : | |
| | : | |
|     Defendant. | : | |

## O R D E R

**AND NOW**, this **15th** day of **July, 2009**, upon consideration of Plaintiff's motion for summary judgment (doc. no. 9), it is hereby **ORDERED** that the motion shall be **GRANTED in part and DENIED in part.**

Plaintiff's motion is **GRANTED** to the extent that it challenges Reliance's discontinuation of her long-term disability benefits, which were based on her neuropsychological impairment, if any.

Plaintiff's motion is **DENIED** to the extent that it challenges Reliance's discontinuation of her long-term disability benefits, which were based on her physical limitations.

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment (doc. no. 11) is **GRANTED in part and DENIED in part.**

Defendant's motion is **GRANTED** to the extent that it seeks summary judgment on its decision to discontinue Plaintiff's long-term disability benefits, which were based on her physical

limitations.

Defendant's motion is **DENIED** to the extent that it seeks summary judgment on its decision to discontinue Plaintiff's long-term disability benefits, which were based on her neuropsychological impairment, if any.

**IT IS FURTHER ORDERED** that this case is **REMANDED** to the claim administrator so that it may determine the extent to which Plaintiff's "total disability" status prior to May 3, 2007 was based on a neuropsychological impairment, if at all, and for a calculation of the benefits due to Plaintiff for such a neuropsychological impairment, if any.

**IT IS FURTHER ORDERED** that the case shall be marked **CLOSED**.

**AND IT IS SO ORDERED.**


                          S/Eduardo C. Robreno

                          **EDUARDO C. ROBRENO, J.**